IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

FILED

UNITED STATES DISTRICT COURT
LAS CRUCES, NEW MEXICO

JUL 2 3 2026

ERIK PALTROW
CLERK OF COURT

UNITED STATES OF AMERICA,      )
         )
     Plaintiff,      )
         )
vs.      )      No. 26-616 MIS
         )
**EDUARDO PRAT**      )
         )
     Defendant.      )

## VERDICT

**Count 1**

We, the Jury, find the defendant, Eduardo Prat, _____ of Deprivation of a Right, as charged in Count 1 of the Superseding Indictment.

**Count 2**

We, the Jury, find the defendant, Eduardo Prat, _not guilty_ of concealing, covering up, falsifying, or making a false entry in the United States Custom and Border Protection's video management system, as charged in Count 2 of the Superseding Indictment.

**Count 3**

We, the Jury, find the defendant, Eduardo Prat, _not guilty_ of concealing, covering up, falsifying, or making a false entry in the United States Custom and Border Protection's video management system, as charged in Count 3 of the Superseding Indictment.

DATED THIS 23rd DAY OF ___July___, 2026.

_____
FOREPERSON