# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW MEXICO

**FILED**

UNITED STATES DISTRICT COURT
LAS CRUCES, NEW MEXICO

**UNITED STATES OF AMERICA,**

Plaintiff,

JUL 2 3 2026

v.                                                          No. CR 26-616 MIS

**ERIK PALTROW,
CLERK OF COURT**

**EDUARDO PRAT ,**

Defendant.

## RECEIPT OF EXHIBITS

| United States of America vs Eduardo Prat | | Case No. CR 26-616 MIS |
|---|---|---|
| Plaintiff's Attorneys:<br><br>Mark Saltman and Jonathan Gennari | Defendant's Attorneys:<br><br>Gabriel Perez | United States District Court<br>District of New Mexico |
| | | Trial Date(s): July 20-23, 2026 |
| Presiding Judge: Margaret I. Strickland | Court Reporter: Rachel Lopez | Courtroom Deputy: Jessica Chavez |

| Govt No. | Deft No. | Date Offered | Off. | Obj. | Adm. | Description of Exhibits* |
|---|---|---|---|---|---|---|
| 1 | | 7/13/2026 | X | | X | BPA Eduardo Prat body worn Camera |
| 1a | | 7/13/2026 | X | | X | BPA Eduardo Prat body worn Camera (slow motion) |
| 2 | | 7/13/2026 | X | | X | Transcript from BPA Prat's BWC Video |
| 3 | | 7/13/2026 | X | | X | Photo from BPA Prat's BWC of John doe leaning against ATV |
| 4 | | 7/13/2026 | X | | X | Photo from BPA Prat's BWC of prat grabbing |
| 5 | | 7/13/2026 | X | | X | Photo from BPA Prat's BWC arriving |
| 6 | | 7/13/2026 | X | | X | Photo from BPA Prat's BWC of John Doe seated and uncuffed |
| 7 | | 7/13/2026 | X | | X | Photo from BPA Prat's BWC of John Doe retrieving wallet |
| 8 | | 7/13/2026 | X | | X | Photo from BPA Prat's BWC of John Doe opening wallet |

*Includes a notation as to the location of any exhibit not held with the case file or not available because of size.

| Govt No. | Deft No. | Date Offered | Off. | Obj. | Adm. | Description of Exhibits* |
|---|---|---|---|---|---|---|
| 9 | | 7/13/2026 | X | | X | Photo from BPA Prat's BWC of John Doe returning wallet to pocket |
| 10 | | 7/13/2026 | X | | X | Photo from BPA Prat's BWC of John doe presenting wrist to Prat |
| 11 | | 7/13/2026 | X | | X | Photo from BPA Prat's BWC of BP Prat grabbing John Doe |
| 12 | | 7/13/2026 | X | | X | Photo from BPA Prat's BWC of BP Prat grabbing John Doe |
| 13 | | 7/13/2026 | X | | X | Photo from BPA Prat's BWC of BP Prat grabbing John Doe neck gaiter /shirt |
| 14 | | 7/13/2026 | X | | X | Photo from BPA Prat's BWC of BP Prat grabbing John Doe Shirt |
| 15 | | 7/13/2026 | X | | X | Photo from BPA Prat's BWC of BP Prat grabbing John Doe |
| 16 | | 7/13/2026 | X | | X | Photo from BPA Prat's BWC of BP Prat grabbing John Doe |
| 17 | | 7/13/2026 | X | | X | Photo from BPA Prat's BWC of BP Prat grabbing John Doe |
| 18 | | 7/13/2026 | X | | X | Photo from BPA Prat's BWC of BPA Martinez on horseback |
| 21 | | 7/13/2026 | X | | X | Agent Prat's CBP Student Class Transcript |
| 22 | | 7/13/2026 | X | | X | Agent Prat's CBP Student Class Transcript |
| 23 | | 7/13/2026 | X | | X | Agent Prat's CBP Student Class Transcript |
| 24 | | 7/13/2026 | X | | X | Agent Prat's FACTS Training Record |
| 25 | | 7/13/2026 | X | | X | Agent Prat's ACADIS training history report. |
| 26 | | 7/13/2026 | X | | X | National Standard on Transport, Escort, Detention and Search policy |
| 27 | | 7/13/2026 | X | | X | CPB Use of Force Admin Guidelines Handbook |

*Includes a notation as to the location of any exhibit not held with the case file or not available because of size.

| Govt No. | Deft No. | Date Offered | Off. | Obj. | Adm. | Description of Exhibits* |
|---|---|---|---|---|---|---|
| 28 | | 7/13/2026 | X | | X | CBP Use of Force Policy Final (January 2021) |
| 29 | | 7/13/2026 | X | | X | USBP Directive, August 6, 2021, Video Record System |
| 30 | | 7/13/2026 | X | | X | Internal Operating Procedures for Incident Driven Video Recording System |
| 31 | | 7/13/2026 | X | | X | AXON Evidence Audit Trail |
| 32 | | 7/13/2026 | X | | X | AXON User Audit Trail |
| | 2 | 7/13/2026 | X | | X | Robert McFarlane Full Body camera footage of Prat |
| | 3 | 7/13/2026 | X | | X | Use of Force Segment Bide4o prepared by Robert McFarlene |
| | 4 | 7/13/2026 | X | | X | BWC Hands Segment prepared by Robert McFarlene |
| | 8 | 7/13/2026 | X | | X | Still-Frame Image Exhibits (1-148) |
| | 10 | 7/13/2026 | X | | X | Complete Body-Worn Camera recording of Agent Prat |
| | 11 | 7/13/2026 | X | | X | Compete body-Worn Camera recording of responding BP Agent Martinez |
| | 13 | 7/13/2026 | X | | X | CBP Use of Force Manual relating to May 22, 2023 incident |
| | 13a | 7/13/2026 | X | | X | CBP Use of Force Manuel Administrative relating to May 22, 2023 incident |

**RECEIVED BY:**

_____

MARK SALTMAN
JONATHAN GENNARI
COUNSEL FOR THE GOVERNMENT

DATE RECEIVED :_____

**RECEIVED BY:**

_____

GABRIEL PEREZ

COUNSEL FOR THE DEFENSE

DATE RECEIVED: 7/23/26

_____

LAW CLERK OR COURTROOM DEPUTY CLERK

***By signing this document, counsel indicate his/her agreement that, should there be an appeal, s/he shall be responsible for producing the above-mentioned exhibits, if required, for an appellate record.

*Includes a notation as to the location of any exhibit not held with the case file or not available because of size.